# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 6, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147162-4 & (143)(144)

RUDY LOZANO, as Personal Representative
of the Estate of JON ALEXANDER
JARZEMBOWSKI,
          Plaintiff-Appellant/
          Cross-Appellee,

v

          SC: 147162-4
          COA: 300463; 300466; 300751
          Wayne CC: 05-504343-NH

DETROIT MEDICAL CENTER, HARPER-
HUTZEL HOSPITAL, d/b/a HARPER HOSPITAL,
DR. ALFREDO LAZO, and DR. L. REYNOLDS
ASSOCIATES, P.C.,
          Defendants-Appellees/
          Cross-Appellants.
_____/

      On order of the Court, the application for leave to appeal the April 16, 2013 judgment of the Court of Appeals and the applications for leave to appeal as cross-appellants are considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 6, 2013



d1030

                    Clerk